Zein E. Obagi, Jr. (SBN 264139)
*zo@obagilaw.com*
Obagi Law Group, P.C.
811 Wilshire Blvd., Suite 1709
Los Angeles, CA 90017
Telephone: (424) 284-2401
Facsimile:  (424) 204-0719

Andrew Z. Tapp (FBN 68002)
Pro Hac Vice
*andrew@metropolitan.legal*
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone: (813) 228-0658

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILES MARKET**, a California Sole Proprietorship, **ABDULHAYOOM MOHAMEDMEERASAHIB**, an Individual, and **UMMAL FARIDHA MOHAMED MEERASAHIB,** an Individual**,**<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>**UNITED STATES OF AMERICA**,<br><br>　　　　Defendant. | CASE NO.  2:21-cv-00701-WBS-KJN<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXCUSE ZEIN E. OBAGI, JR., ESQ.** |

This matter comes before the Court on the Plaintiffs' Motion to Excuse Zein E. Obagi, Jr., Esq. for acting as local counsel for the Plaintiffs.   For good cause

shown, IT IS HEREBY ORDERED that Plaintiffs' Motion to Excuse Zein E. Obagi, Jr., Esq. for acting as local counsel for the Plaintiffs is GRANTED.

IT IS SO ORDERED

Dated: November 16, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE