Andrew Z. Tapp (FBN 68002)
Pro Hac Vice
*andrew@metropolitan.legal*
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone: (813) 228-0658

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| MILES MARKET, et al.,<br><br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br><br>Defendant. | 2:21-cv-00701-WBS-KJN<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>**(Doc. 16)** |
|---|---|

This matter comes before the Court on the parties Stipulated Motion to Extend Scheduling Order Deadlines in this matter.

IT IS HEREBY ORDERED that the Stipulated Motion to Extend Scheduling Order Deadlines is GRANTED, as follows:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Discovery** | May 24, 2022 | September 21, 2022 |
| **Motions to Compel** | May 24, 2022 | September 21, 2022 |

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **All Motions[1]** | July 15, 2022 | November 14, 2022[2] |
| **Final Pretrial Conference** | September 26, 2022 at 1:30 p.m. | **January 30, 2023 at 1:30 p.m.** |
| **Non-Jury Trial** | December 6, 2022 | **April 4, 2023 at 9:00 a.m.** |

IT IS SO ORDERED.

Dated:  May 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed by this date.

[2] Due to November 12, 2022 being Saturday.