Andrew Z. Tapp (FBN 68002)
Pro Hac Vice
*andrew@metropolitan.legal*
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, Florida 33511-8820
Telephone: (813) 228-0658

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES MARKET, et al.,<br><br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br><br>Defendant. | 2:21-cv-00701-WBS-KJN<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND AND STAY SCHEDULING ORDER DEADLINES**<br><br>**(Doc. 19)** |

This matter comes before the Court on the parties Stipulated Motion to Extend and Stay the Scheduling Order Deadlines in this matter.

IT IS HEREBY ORDERED that the Stipulated Motion to Extend Scheduling Order Deadlines is GRANTED, as follows:

| | **Current Deadline** | **Deadline** |
|---|---|---|
| **Discovery** | September 21, 2022 | November 7, 2022[1] |
| **Motions to Compel** | September 21, 2022 | November 7, 2022[2] |

---

[1] Due to November 5, 2022 being a Saturday.

Page **1** of **2**

|  | **Current Deadline** | **Deadline** |
|---|---|---|
| **All Motions**[3] | November 14, 2022[4] | December 29, 2022 |
| **Final Pretrial Conference** | January 30, 2023 | **March 13, 2023 at 1:30 pm** |
| **Non-Jury Trial** | April 4, 2023 | **May 16, 2023 at 9:00 am** |

IT IS SO ORDERED.

Dated:  September 16, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2] Due to November 5, 2022 being a Saturday.
[3] All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed by this date.
[4] Due to November 12, 2022 being Saturday.